# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROUM MO,<br><br>        Petitioner,<br><br>   v.<br><br>MAURICE JUNIOUS, Warden,<br><br>        Respondent. | Case No. CV 12-01327 VAP (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: Aug 22, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE